**COOPER AGENCY, INC., et al.,
Appellants,**

**v.**

**Harold M. McLEOD, District Director of
Internal Revenue and United States
of America, Appellees.**

**No. 9871.**

United States Court of Appeals
Fourth Circuit.

Argued May 4, 1965.

Decided Aug. 4, 1965.

Robert J. Thomas and N. Welch Morrisette, Jr., Columbia, S. C. (Gedney M. Howe, Jr., Arthur G. Howe, Charleston, S. C., Tompkins, McMaster & Thomas, and Cooper, Gary, Nexsen & Pruet, Columbia, S. C., on brief), for appellants.

George F. Lynch, Attorney, Department of Justice (Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson and Meyer Rothwacks, Attorneys, Department of Justice, and Terrell L. Glenn, U. S. Atty., on brief), for appellees.

Before HAYNSWORTH, Chief Judge, and BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

The plaintiffs seek to test their tax liabilities in an action for an injunction and for removal of the cloud cast upon their properties by the tax liens. The judgment of the District Court dismissing these complaints is affirmed for the reasons stated by the District Judge.[1]

We recently considered similar contentions and held them unavailing.[2] At about the same time the Second and Third Circuits arrived at the same conclusion.[3]

Affirmed.

**Frazier EATON, Appellant,**

**v.**

**UNITED STATES of America,
Appellee.**

**No. 19841.**

United States Court of Appeals
Ninth Circuit.

Aug. 5, 1965.

Frazier M. Eaton, in pro. per.

Wm. N. Goodwin, U. S. Atty., Ronald G. Neubauer, Asst. U. S. Atty., Seattle, Wash., for appellee.

Before ORR, JERTBERG and MERRILL, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed.

---

1. 235 F.Supp. 276.

2. Broadwell v. United States, 4 Cir., 343 F.2d 470.

3. Falik v. United States, 2 Cir., 343 F.2d 38; Quinn v. Hook, 3 Cir., 341 F.2d 920.